DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THOMAS CAMPANIELLO,**
Appellant,

v.

**EDITH EGLIN, JOHN SCHAEFER, HENRY P. HOFFSTOT, III**
and **PHIPPS PLAZA CONDOMINIUM ASSOCIATION, INC.,**
a Florida Corporation,
Appellees.

Nos. 4D18-604 and 4D18-1072

[April 4, 2019]

Consolidated nonfinal appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 502015CA004127XXXXMB.

Todd A. Levine, Alan J. Kluger and Marko F. Cerenko of Kluger, Kaplan, Silverman, Katzen & Levine, P.L., Miami, for appellant.

Tanique G. Lee and Michael J. Gelfand of Gelfand & Arpe, P.A., West Palm Beach, for appellee Edith Eglin.

Robert L. Jennings of Jennings & Valancy, P.A., Stuart, for appellee Henry P. Hoffstot, III.

PER CURIAM.

*Affirmed.*

GERBER, C.J., FORST and Kuntz, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***